## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ASHLEY ULERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-3152 |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| d/b/a Cabela's Club, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, ASHLEY ULERY, and Defendant, CAPITAL ONE BANK (USA), N.A. d/b/a Cabela's Club, through their counsel, stipulate to dismiss this case, with each side to bear its own fees and costs.

Respectfully submitted,

Dated: November 5, 2018

/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-861-1390
ahill@consumerlawcenter.com
Attorneys for Plaintiff

Dated: November 5, 2018

/s/ Erin L Hoffman
Erin L. Hoffman
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
Email: Erin.Hoffman@FaegreBD.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2018, the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF System. Notice and a copy this filing will be served on all parties via same.

      /s/ Adam T. Hill
      Adam T. Hill